JS-6

JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>RICHARD CERVANTES,<br><br>             Defendant | No. CV 13-05128<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Richard Cervantes, in the principal amount of $4,600.86 plus interest accrued to July 10, 2013, in the sum of $4,555.90; with interest accruing thereafter at the daily rate of $1.04 until entry of judgment, for a total amount of $**9,156.76**.

DATED: July 23, 2013          By:     Terry Nafisi

                                        *[signature]*
                                Un.                                Court